AO 106 (Rev. 06/09) Application for a Search Warrant

FILED

JAMES BONINI
CLERK

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Ohio

2012 APR 13 PM 3:38

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) |
| | ) |
| **USPS Delivery Confirmation parcel 03111660** | ) |
| **000182621471 addressed to Edward Brock,** | ) |
| **476 E. Mark, Mario, OH 43302; bearing the** | ) |
| **return address of Jeremy Brock, 3503 Titanic,** | |
| **El Paso, TX 79930.** | |

Case No. 2:12mj149

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

        An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the __Southern__ District of __Ohio__
*(identify the person or describe the property to be searched and give its location):*

> **USPS Delivery Confirmation parcel 0311166000018262147 1 addressed to Edward Brock, 476 E. Mark, Mario, OH
> 43302; bearing the return address of Jeremy Brock, 3503 Titanic, El Paso, TX 79930. The parcel is a 11"x 9"x 6" white
> "Medium Flat Rate" cardboard box, weighing 7.4 pounds; mailed on February 23, 2012, from El Paso, TX 79904, with
> $12.10 postage affixed. The parcel is presently located at 850 Twin Rivers Dr., Columbus, OH 43216.**

        The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property
to be seized)*:

> **A quantity of controlled dangerous substance which is contraband, in violation of Title 21, United States Code, Section
> 841(a)(1), Distribution of Controlled Substances, and Title 21, United States Code, Section 843(b), Unlawful Use of Communication
> Facility (U.S. Mail)**

        I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or
property.

        **YOU ARE COMMANDED** to execute this warrant on or before _____

                                                                     *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been
                                                           established.

        Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property
taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the
place where the property was taken.

        The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____a U.S. Magistrate/Judge_____.
                *(name)*

        ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)*     ☐ for _____ days *(not to exceed 30).*
                                                     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __March 1, 2012__

City and state: _____Columbus, Ohio_____

_Judge's signature_

Elizabeth A. Preston Deavers, U.S. Magistrate Judge
                *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:12-mj-149 | Date and time warrant executed: 3/1/12  3:29 PM | Copy of warrant and inventory left with: Postmaster |
| Inventory made in the presence of: Dan Johnson | | |
| Inventory of the property taken and name of any person(s) seized: | | |

5.1 pounds of marijuana

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/13/12

_____
Executing officer's signature

D.T. Simmons Postal Inspector
Printed name and title